UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62212-CIV-DIMITROULEAS

TARA APPLEBAUM,

    Plaintiff,

v.

FASTENAL COMPANY, a
Minnesota corporation,

    Defendant.
_____/

### ORDER APPROVING FLSA SETTLEMENT; DISMISSING CASE WITH PREJUDICE; RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

THIS CAUSE is before the Court upon The Joint Motion for Approval of FLSA Settlement and Stipulation for Dismissal with Prejudice [DE 9], filed herein on November 2, 2016. The Court has carefully considered the Joint Motion and the attached Settlement Agreement [DE 9-1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The parties' Settlement Agreement [DE 9-1] is hereby **APPROVED**;

2. This case is **DISMISSED** with prejudice;

3. The Court shall retain jurisdiction for a period of thirty (30) days to enforce the terms of the Settlement Agreement [DE 9-1]; and

    4.    The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record